FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 2 2005

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01851-OES

BOBBY D. HICKS,

    Applicant,

v.

WARDEN J. REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER TO TRANSFER APPLICATION TO COURT OF APPEALS

---

    Applicant Bobby D. Hicks is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. He filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (1994 & Supp. 2005) challenging a 1996 Colorado state conviction. For the reasons stated below, the application will be transferred to the United States Court of Appeals for the Tenth Circuit (Tenth Circuit).

    Mr. Hicks previously has sought habeas corpus relief in this Court pursuant to 28 U.S.C. § 2254. *See Hicks v. Reid*, No. 05-cv-00521-ZLW (D. Colo. May 10, 2005). In 05-cv-00521-ZLW, Mr. Hicks challenged the same state court conviction he challenges in the instant action. The Court denied the habeas corpus application in 05-cv-00521-ZLW for failure to exhaust state remedies. Mr. Hicks did not appeal from the dismissal.

    Pursuant to 28 U.S.C. § 2244(b)(3), Mr. Hicks must apply to the Tenth Circuit for an order authorizing this Court to consider his second or successive application. Mr.

Hicks alleges that he has not obtained the necessary authorization from the Tenth Circuit. Therefore, the Court must transfer this action to the Tenth Circuit pursuant to 28 U.S.C. § 1631 (1994). *See Coleman v. United States*, 106 F.3d 339, 341 (10th Cir. 1997) (per curiam). Accordingly, it is

ORDERED that the clerk of this Court is directed to transfer the instant action to the United States Court of Appeals for the Tenth Circuit pursuant to 28 U.S.C. § 1631.

DATED at Denver, Colorado, this __1__ day of __Nov__, 2005.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01851-OES

Bobby Hicks
Prisoner No. 91872
CSP - F-8-26
PO Box 777
Canon City, CO 81215- 0777

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/2/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk